THE PEOPLE OF THE STATE OF NEW YORK v. JACK CEDAR.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THERESA WILLIAMS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY JAFFE (Indicted as WALTER BICKLEY).— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPHINE F. BURGHARD v. LUCILE PUGH and Others.— Motion to dismiss appeal denied, with leave to renew if the printed papers on appeal are not filed on or before the 1st day of April, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN L. CARR v. FRANCES ALDA.— Motion to dismiss appeal denied, with leave to renew if the printed papers on appeal are not filed on or before the 1st day of April, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FANNIE GREENFIELD v. ALFRED L. HOWELL and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADOLPH H. HESS v. F. WESEL MANUFACTURING COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD GROSSWEINER v. NATIONAL-BEN FRANKLIN FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.